UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN RE:
JEFFERY GREENLAW
CONNIE GREENLAW           CASE NO. 12-32017
Debtors                                 CHAPTER 13

## AGREED ORDER RESOLVING DEBTORS' MOTION FOR POSTCONFIRMATION MODIFICATION OF PLAN, DOCKET #75

COMES NOW, Trustee, Debra L. Miller, by counsel, and Debtors, by Counsel, and state as follows:

1. On December 3, 2013, the Debtors filed a Motion for Postconfirmation Modification of Plan, a Postconfirmation Modification of Plan, and a Certificate of Service regarding the Motion.

2. The Trustee was the only objecting party.

3. A hearing regarding the matter was held on May 8, 2014, and parties advised the Court that the matter was resolved.

4. Trustee and Debtors have reached the following agreement:

   a. The Debtors shall drop from a 100% unsecured distribution Plan to a pro rata distribution Plan;

   b. The Debtors shall pay the Trustee $1220 per month commencing with the December 2013 Plan payment;

   c. The Debtors shall extend their Plan term four months for a total Plan term of 64 months;

Greenlaw AO 12-32017 PCM

d. The Debtors have retained their 2012 and 2013 tax refunds in violation of their confirmed Plan;

e. The Debtors must pay a minimum distribution to the general unsecured creditors of $14,107.90 as follows:

   i. $7334.90 disbursed to date;

   ii. $1884.00 from the retained 2012 tax refunds;

   iii. $4929.00 from the retained 2013 tax refunds;

f. The Debtors shall report any change in household income above Schedule I, including new employment, disability compensation, or Social Security, to both the Trustee's Office and Counsel within 7 days of receipt. The failure to report such income will be considered grounds for dismissal;

g. The Debtors shall turn over tax refunds over $500 within 14 days of receipt, for tax years 2014 forward;

h. The Debtors shall increase Plan payments in April 2015 by $179.83 when the 401k loan is paid off;

i. This Agreed Order is intended to change the Plan base.

5. All other terms of the Plan remain the same.

Dated: May 8, 2014

/s/Katherine E. Iskin
Katherine E. Iskin FBN 73023,

/s/Daniel Matern
Attorney for Debtor

Greenlaw AO 12-32017 PCM

Staff Attorney for Debra L. Miller  
PO Box 11550  
South Bend, IN 46634  
(574) 251-1493

Law Office of Jason Moseley  
1559 E. 85th Dr.  
Merrillville, IN 46401  
(219) 472-8391

SO ORDERED, this  May 9, 2014

Harry C. Dees, Jr.  
United States Bankruptcy Court